1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Special Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                            UNITED STATES DISTRICT COURT
9
                            EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | Case No. 5:23-po-00026-CDB
12 |         Plaintiff,               | [Citation #7294588, CA/3F]
13 | v.                               |
14 | ISAIAH E. JAMES,                 | MOTION AND ORDER FOR DISMISSAL
15 |         Defendant.               |
16

17

18     The United States of America, by and through Phillip A. Talbert, United States Attorney, and

19 Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 5:23-po-

20 00026-CDB [Citation #7294588, CA/3F] against ISAIAH E. JAMES, without prejudice, in the interest

21 of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22

23 DATED: February 3, 2023                      Respectfully submitted,

24                                              PHILLIP A. TALBERT
                                                United States Attorney
25
                                         By:    /s/ *Chan Hee Chu*
26                                              CHAN HEE CHU
                                                Special Assistant United States Attorney
27

28

                                                1

**O R D E R**

IT IS HEREBY ORDERED that Case No. 5:23-po-00026-CDB [Citation #7294588, CA/3F] against ISAIAH E. JAMES be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **February 3, 2023**

_____
UNITED STATES MAGISTRATE JUDGE